UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00010-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOSE CASTILLO-FERNANDEZ,
       a/k/a Tiburcio Castillo-Fernandez,
       a/k/a Tibursio Castillo-Fernandez,
       a/ka/ Manuel Castello,
       a/k/a Manuel Fernandez

       Defendant.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition on February 15, 2006 by Jose Castillo-Fernandez. The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **March 20, 2006 at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3.	The final trial preparation conference set for March 23, 2006 and the April 3, 2006 trial date are **VACATED**.

Dated this 15th day of February, 2006.

                         **BY THE COURT:**

*/s/ Marcia S. Krieger*

                        Marcia S. Krieger  
                        United States District Judge